IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| RUFINA VASQUEZ, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> THE HOME DEPOT USA, § <br> § <br> Defendant. § | Civil Action No. 7:25-cv-00039-O |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Plaintiff's Motion to Remand (ECF No. 10) is **GRANTED**, and the case is **REMANDED** to the 30th Judicial District Court of Wichita County, Texas.

**SO ORDERED** on this **10th day** of **October**, **2025**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**